FILED
U.S. DISTRICT COURT
NORTHERN DIST. OF TX
2005 NOV 18  PM 3: 57

CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| MGE UPS SYSTEMS, INC. | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | CIVIL ACTION NO. 4:04-CV-929-Y |
| | § | ECF |
| POWER MAINTENANCE | § | |
| INTERNATIONAL, INC., GENERAL | § | |
| ELECTRIC COMPANY, GE INDUSTRIAL | § | |
| SYSTEMS, INC., GE CONSUMER & | § | |
| INDUSTRIAL, INC., POWER | § | |
| PROTECTION SERVICES, LLC and BILL | § | |
| WILKIE, | § | |
| | § | |
| Defendants. | § | |

## PLAINTIFF MGE UPS SYSTEMS, INC.'S MOTION FOR PARTIAL SUMMARY JUDGMENT AGAINST DEFENDANTS GENERAL ELECTRIC COMPANY AND POWER MAINTENANCE INTERNATIONAL, INC.

TO THE HONORABLE COURT:

Plaintiff MGE UPS Systems, Inc. ("MGE") files this Motion for Partial Summary Judgment Against Defendants General Electric Company and Power Maintenance International, Inc. pursuant to Rule 56 of the Federal Rules of Civil Procedure seeking judgment on Plaintiff's presented claims. Pursuant to Local Rule 56.3(b) of the Local Rules of the Northern District of Texas, Plaintiff states that the matters required by Local Rule 56.3(a) are set forth in its Brief in Support of MGE UPS Systems, Inc.'s Motion for Partial Summary Judgment, which is filed contemporaneously with this Motion.

WHEREFORE, PREMISES CONSIDERED, Plaintiff MGE UPS Systems, Inc. respectfully requests that the Court grant summary judgment on Plaintiff's presented claims as well as any other and further relief to which it may be justly entitled.



Respectfully submitted,


By: _____
    Stephen A. Kennedy
    State Bar No. 11300425
    Shannon M. Zmud
    State Bar No. 24047169
    JACKSON WALKER L.L.P.
    901 Main Street, Suite 6000
    Dallas, TX 75202
    (214) 953-6000
    (214) 953-5822 (Telecopier)

    Albon O. Head, Jr.
    State Bar No. 09325000
    Amanda L. Bush
    State Bar No. 24042161
    JACKSON WALKER L.L.P.
    301 Commerce Street, Suite 2400
    Fort Worth, Texas 76102
    (817) 334-7200
    (817) 334-7290 (Telecopier)

    Anne Marie Finch
    State Bar No. 06997625
    JACKSON WALKER L.L.P.
    1401 McKinney, Suite 1900
    Houston, Texas 77010
    (713) 752-4214
    (713) 752-4221

ATTORNEYS FOR PLAINTIFF MGE UPS
SYSTEMS, INC.

## CERTIFICATE OF CONFERENCE

I hereby certify that counsel for Plaintiffs has conferred with opposing counsel regarding the merits of the foregoing Motion and they oppose the relief requested therein. It is therefore presented to the Court for determination.

Certified this 18th day of November 2005.

Amanda L. Bush

## CERTIFICATE OF SERVICE

This is to certify that on this 18th day of November 2005, a true and correct copy of the foregoing **Brief in Support of Plaintiff MGE UPS Systems, Inc.'s Motion for Partial Summary Judgment** was served upon the following as indicated below:

**Via Hand Delivery**
Joseph F. Cleveland, Jr.
Brackett & Ellis
100 Main Street
Fort Worth, Texas 76102-3090

**Via First Class Mail**
Bill Wilkie
1114 Signal Ridge Place
Rockwall, TX 75032

**Via First Class Mail**
Bryan L. Sample
Bryan L. Sample, P.C.
6116 North Central Expressway, Suite 200
Dallas, Texas 75206

**Via First Class Mail**
GE Industrial Systems, Inc. and
GE Consumer & Industrial, Inc.
c/o Lloyd Trotter
41 Woodford Avenue
Plainville, CT 06062

Amanda L. Bush